UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-2751 PA (PVCx) | Date | September 22, 2022 |
|---|---|---|---|
| Title | Johan Neerman, et al., v. Jeff Cates, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**   **Order to Show Cause Re; Dismissal For Lack Of Prosecution**

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed.  Fed. R. Civ. P. 4(m).

In the present case, it appears that this time period has not been met.  Accordingly, the court, on its own motion, orders plaintiffs to show cause in writing on or before **October 3, 2022,** why this action should not be dismissed as to defendants Matt Grunseich, Oicth Upfront LLC, Playsav Corporation, thecyberworld.org, bmswebsecurity.com, cybercertconsultants.com, 100bots.com, thetechdealer.com, theinternettycoon.com, ourtechfriend.com, hireadeveloper.org, ceocapnet.com, sawadcorppcl.com, greenanins.com, zhejiangwuyircbank.com, Sarah Huera, Allene Lewis, Chuck Ingber, Florentine Young, Cryptocashfast LLC, Fire Monkey LLC, and Deep Foundation Services, Inc., for lack of prosecution.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument.  The Order to Show Cause will stand submitted upon the filing of plaintiffs' response.  Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the complaint.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | KSS |