# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-2751 PA (PVCx) | Date | September 22, 2022 |
|---|---|---|---|
| Title | Johan Neerman, et al., v. Jeff Cates, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed. R. Civ. P. 12(a)(1).

In the present case, it appears that this time period has not been met. Accordingly, the court, on its own motion, orders plaintiffs to show cause in writing on or before **October 3, 2022**, why this action should not be dismissed as to defendants, Jeff Cates, Joshua Comstock, Randell Young, Matt Brass, Mark Sparrow, Andrew Lechard, Bank of America, N.A., and Namecheap, Inc., for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of plaintiffs' response. Alternatively, in response to the Order to Show Cause, plaintiffs may seek entry of default by the clerk against the defendants who have failed to respond to the complaint, on or before **October 3, 2022.** Failure to respond to this Order as instructed by the Court may result in the imposition of sanctions, including but not limited to dismissal of the action without prejudice.

IT IS SO ORDERED.

| | : | |
|---|---|---|
| Initials of Preparer | | KSS |