UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-2751 PA (PVCx) | Date | November 30, 2022 |
|---|---|---|---|
| Title | Johan Neerman, et al., v. Jeff Cates, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed. R. Civ. P. 12(a)(1). Additionally, defendants generally must answer an amended complaint "within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Fed. R. Civ. P. 15(a)(3).

In the present case, it appears that this time period has not been met with regard to defendant Namecheap, Inc. ("Namecheap"). Plaintiffs Johan Neerman and Olha Pavlenko/Neerman ("Plaintiffs") filed a proof of service indicating that Namecheap was served with the original Summons and Complaint on July 5, 2022 (Docket No. 22.) Namecheap did not file an answer to the original Complaint. Plaintiffs later filed a proof of service indicating that Namecheap was served with the Summons and Second Amended Complaint on November 7, 2022. (Docket No. 58.) Again, Namecheap has not filed an answer to the Second Amended Complaint.

Accordingly, the court, on its own motion, orders Plaintiffs to show cause, in writing, on or before **December 14, 2022**, why this action should not be dismissed for lack of prosecution. The Order to Show Cause will stand submitted upon the filing of Plaintiffs' response. Alternatively, in response to the Order to Show Cause, Plaintiffs may seek entry of default by the clerk against Namecheap for failure to respond to the Second Amended Complaint, on or before December 14, 2022. Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the Second Amended Complaint against Namecheap.

IT IS SO ORDERED.