# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 22-2751 PA (PVCx) | Date | May 25, 2023 |
|---|---|---|---|
| Title | Johan Neerman, et al., v. Jeff Cates, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS — COURT ORDER

　　On March 20, 2023, the parties attended a telephonic conference before the Court to discuss the status of the case, as well as the parties' failure to file a Joint Scheduling Report. (See Docket No. 113.)  In a Minute Order following the conference, the Court ordered the parties to file a Joint Scheduling Report by no later than May 15, 2023, and warned that "[f]ailure to submit a Joint Scheduling Report" by that date "may result in the imposition of sanctions . . . ." (Id.)  Despite these clear instructions, the parties filed their Joint Scheduling Report nine days late, on May 24, 2023.  (Docket No. 115.)  This is not the first time the parties have failed to comply with a Court Order.  (See, e.g., Docket No. 102.)  Accordingly, the Court orders the parties to show cause, in writing, on or before June 5, 2023, why they should not be sanctioned in an amount up to $1,000 for failing to comply with Court Orders.  Failure to file a response to this Order to Show Cause by June 5, 2023, may result in the imposition of monetary sanctions without further warning.

　　IT IS SO ORDERED.