# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-2751 PA (PVCx) | Date | August 4, 2023 |
|---|---|---|---|
| Title | Johan Neerman, et al., v. Jeff Cates, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

Generally, defendants must answer the complaint within 21 days after service. Fed. R. Civ. P. 12(a)(1). Additionally, defendants generally must answer an amended complaint "within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Fed. R. Civ. P. 15(a)(3).

In the present case, it appears that this time period has not been met with regard to defendants Deep Foundation Services, Inc. ("Deep Foundation") and Fire Monkey, LLC ("Fire Monkey"). Plaintiffs Johan Neerman and Olha Pavlenko/Neerman ("Plaintiffs") filed proofs of service indicating that Deep Foundation was served with the Summons and First Amended Complaint on July 28, 2022, and that Fire Monkey was served with the Summons and First Amended Complaint on August 4, 2022.[1] (Docket No. 48 at pp. 41–45.) To date, neither Deep Foundation nor Fire Monkey have filed an answer to the First Amended Complaint.

Accordingly, the Court, on its own motion, orders Plaintiffs to show cause, in writing, on or before **August 23, 2023**, why this action should not be dismissed for lack of prosecution as to Deep Foundation and Fire Monkey. This Order to Show Cause will stand submitted upon the filing of Plaintiffs' response. Alternatively, in response to this Order to Show Cause, on or before August 23, 2023, Plaintiffs may seek entry of default by the clerk against Deep Foundation and Fire Monkey for failure to respond to the First Amended Complaint. Failure to respond to this Order to Show Cause may result in the imposition of sanctions, including but not limited to dismissal of Deep Foundation and Fire Monkey.

IT IS SO ORDERED.

---

[1] Plaintiffs have not filed proofs of service indicating that Deep Foundation and Fire Monkey were served with the original Complaint or the Second Amended Complaint.