JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHAN NEERMAN, et al., | CV 22-2751 PA (PVCx) |
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| JEFF CATES, et al., | |
| Defendants. | |

Pursuant to the Court's December 28, 2022 Minute Order dismissing the claims asserted by plaintiffs Johan Neerman and Olha Pavlenko Neerman (collectively, "Plaintiffs") against defendant Bank of America, N.A. ("Bank of America") without leave to amend; the Court's August 31, 2023 Minute Order dismissing Plaintiffs' claims asserted against defendants Deep Foundation Services, Inc. and Fire Monkey, LLC for lack of prosecution and failure to comply with the Court's Orders; the Court's September 15, 2023 Minute Order dismissing Plaintiffs' claims asserted against defendants thecyberworld.org, bmswebsecurity.com, cybercertconsultants.com, 100bots.com, thetechdealer.com, theinternettycoon.com, ourtechfriend.com, hireadeveloper.org, ceocapnet.com, sawadcorppcl.com, greenanins.com, zhejiangwuyircbank.com, Sarah Huerta, Allene Lewis, Chuck Ingber, Florentine Young, and Cryptocashfast LLC for lack of prosecution and failure to comply with the Court's Orders; and the Court's December 8, 2023 Minute Order

1   dismissing Plaintiffs' claims asserted against all other defendants named in this action for

2   lack of prosecution and failure to comply with the Court's Orders, IT IS HEREBY

3   ORDERED, ADJUDGED, AND DECREED:

4        1.    Plaintiffs' claims asserted against all defendants named in this action, with the

5   exception of Bank of America, are dismissed without prejudice; and

6        2.    Plaintiffs' claims asserted against Bank of America are dismissed with

7   prejudice; and

8        3.    Defendant Bank of America shall recover its costs of suit.

9        The Clerk is ordered to enter this Judgment.

10

11  DATED:  December 8, 2023

12                                                         Percy Anderson

                                      UNITED STATES DISTRICT JUDGE